IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COTTIE ANN WRIGHT,

    Plaintiff,

v.                                          CASE NO. 1:10-cv-00155-SPM -GRJ

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a Foreign Corporation,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Plaintiff's Motion To Restrict The Testimony Of Dr. Wagdi Faris To The CME Report Of Dr. Wagdi Faris (Doc. 22.) Plaintiff requests the Court to enter an order limiting the trial testimony of Dr. Wadgi Faris to the opinions and information contained in his report of the compulsory medical examination of Plaintoff performed on November 17, 2010. Defendant has filed a response (Doc. 25) and advises that it does not oppose the relief requested in Plaintiff's motion.

Upon due consideration, it is **ORDERED**:

Plaintiff's Motion To Restrict The Testimony Of Dr. Wagdi Faris To The CME Report Of Dr. Wagdi Faris (Doc. 22) is **GRANTED**.

**DONE AND ORDERED** this 14th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge