5IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COTTIE ANN WRIGHT,

      Plaintiff,

v.                                      CASE NO.: 1:10cv155-SPM/GRJ

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendant.

_____/

## ORDER OF DISMISSAL

      This case has been dismissed with prejudice pursuant to the parties' Joint

Stipulation for Dismissal with Prejudice (doc. 28) and Federal Rule of Civil

Procedure 41(a)(1)(A)(ii).  Accordingly, the clerk shall close this case.

      SO ORDERED this 9th day of February, 2011.


                                *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge